WILLIAM H. MULLER & COMPANY, Inc., Appellant, v. PLISSON STEAM NAVIGATION COMPANY, Limited, Owner of the Steamship Nivose, Appellee. SAME, Appellant, v. Natale SUTTORA, Master of the Italian Steamship Clara Camus, and as Agent of the Owners Thereof, Appellee. SAME, Appellant, v. Erik FINGALSEN, Master of the Norwegian Steamship Oevre and Agent for Her Owners, Appellee. (Circuit Court of Appeals, Fourth Circuit. May 6, 1924.) Nos. 2186–2188. Appeals from the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge. Brown, Marshall, Brune & Parker and R. E. Lee Marshall, all of Baltimore, Md., for appellant. Charles R. Hickox, of New York City, Robert W. Williams, of Baltimore, Md., and Clement C. Rinehart, of New York City, for appellee in No. 2186. George Forbes and Henry L. Wortche, both of Baltimore, Md., for appellee in No. 2187. H. N. Abercrombie, of Baltimore, Md., for appellee in No. 2188. Before WOODS and ROSE, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. William H. Muller & Co., a corporation of New York, the appellant here, was respondent below in each of the three above-entitled

causes. In each of them it was the charterer of the steamship named in the caption of the particular case. There are differences in the details of the facts of the several cases, but none of them are material to any question now in dispute. We are satisfied with the opinion of the learned judge below, reported in 291 Fed. 412, under the title of The Nivose, and it is affirmed, for the reasons therein stated. Affirmed.